**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | | |
|---|---|---|---|
| L.B., | | : | No. 261 MAL 2018 |
| | | : | |
| | Petitioner | : | |
| | | : | Petition for Allowance of Appeal from |
| | | : | the Order of the Superior Court |
| | v. | : | |
| | | : | |
| | | : | |
| J.W., | | : | |
| | | : | |
| | Respondent | : | |

## ORDER

**PER CURIAM**

AND NOW, this 30th day of May, 2018, the Petition for Allowance of Appeal is DENIED.